ACCEPTED
03-14-00012-CV
4404961
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/6/2015 3:05:47 PM
JEFFREY D. KYLE
CLERK



300 W. 15th, Austin, Texas 78701 / P.O. Box 13777, Austin, Texas 78711-3777
(512) 475-1440, Fax (512) 370-9025 / www.sorm.state.tx.us

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/6/2015 3:05:47 PM
JEFFREY D. KYLE
Clerk

March 6, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals, Third District
P.O. Box 12547
Austin, TX  78711-2547

Re:    Court of Appeals Number:        03-14-00012-CV
       Trial Court Case Number: D-1-GN-09-003089

Style: State Office of Risk Management vs. Katina A. Edwards

Dear Mr. Kyle:

The State Office of Risk Management (SORM) was recently notified that the above case has been set for submission and oral argument on March 23, 2015 @ 1:30 p.m.

Please allow this letter to be notice of the State Office of Risk Management's intention to argue this case before the Court.

Respectfully,

//s//  J. Red Tripp
J. Red Tripp
State Bar No. 00790257
Associate General Counsel
State Office of Risk Management
P.O. Box 13777
Austin, Texas  78711-3777
(512) 936-1516
(512) 370-9189 fax
Red.Tripp@sorm.state.tx.us
Counsel for Appellant

cc:    Mr. Bradley McClellan; *via email*
        Mr. Dennis McKinney; *via email*